UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD W. HUNT,

    Plaintiff,

Case No. 1:10-cv-43

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

In accordance with the order filed this date:

**IT IS HEREBY ORDERED** that judgment is entered in favor of defendant and against plaintiff.

Date: January 13, 2011                  /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    Chief United States District